# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| KISSICK REDD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-0566-CV-W-FJG |
| | ) |
| ROBANDEE APPLE MARKET, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Pending before the Court is Plaintiff's Notice of Voluntary Dismissal without prejudice as to all defendants (Doc. No. 10). The Court notes that plaintiff cannot dismiss this case without consent of the Court under Fed. R. Civ. P. 41(a)(1) because defendant Robandee Apple Market has filed an answer to plaintiff's complaint. However, defendant Robandee Apple Market has filed no opposition to the pending notice of voluntary dismissal. Therefore, treating the notice of voluntary dismissal as a motion to dismiss under Fed. R. Civ. P. 41(a)(2), the Court will **GRANT** said motion (Doc. No. 10). Plaintiff's case against all defendants is **DISMISSED WITHOUT PREJUDICE.** Furthermore, defendant Robandee Apple Market's previously-filed motion to dismiss for lack of jurisdiction (Doc. No. 7) is **DENIED AS MOOT.**

    IT IS SO ORDERED.

Date: September 15, 2005             **S/ FERNANDO J. GAITAN**, **JR.**
Kansas City, Missouri                  Fernando J. Gaitan, Jr.
                                          United States District Judge